**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

BENCHMARK ELECTRICAL
SOLUTIONS, INC.,

      Plaintiff,

v.                                                          No. CV 18-436 MV/CG

NATIONAL SPECIALTY
INSURANCE COMPANY, et al.,

      Defendants.

## **ORDER TO NOTIFY THE COURT OF STATUS OF SERVICE**

**THIS MATTER** is before the Court on review of the record. The record indicates that Plaintiff filed its Complaint against Defendants on May 9, 2018. (Doc. 1). A summons was issued on May 11, 2018, and was returned executed on May 15, 2018. (Doc. 4). The Court issued an *Order to Show Cause* on August 20, 2018, ordering Plaintiff to show why this case should not be dismissed for want of prosecution for Plaintiff's failure to serve the Complaint and Summons on Defendants. (Doc. 5). Plaintiff filed a *Response to Court's Order to Show Cause* on August 30, 2018, explaining that it would take prompt action to complete service. (Doc. 6).

Pursuant to Plaintiff's motion, an Entry of Default Judgment was entered by the Clerk of Court on August 31, 2018, against Defendant Dancar Energy Construction. (Docs 8, 9). The docket reflects that no further action has been taken by Plaintiff regarding the remaining Defendant, National Specialty Insurance Company, since the Court's first *Order to Show Cause* issued on August 20, 2018, (Doc. 5).

**IT IS THEREFORE ORDERED** that, on or before **October 24, 2018**, Plaintiff shall notify the Court in writing of the status of service on Defendant National Specialty

Insurance Company.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE