IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BENCHMARK ELECTRICAL
SOLUTIONS, INC.,

    Plaintiff,

v.                                                                    No. CV 18-436 MV/CG

NATIONAL SPECIALTY
INSURANCE COMPANY, et al.,

    Defendants.

## ORDER GRANTING MOTION FOR ISSUANCE OF ALIAS SUMMONS

**THIS MATTER** is before the Court on *Plaintiff's Application for Alias Summons*, (Doc. 13), and *Plaintiff's Report as to Status of Service on One Defendant*, (Doc. 14). In Plaintiff's October 24, 2018 status report, (Doc. 14), it stated it was unable to locate the current business address for Defendant National Specialty Insurance Company.

Plaintiff now requests to effect service on Defendant National Specialty Insurance Company by serving the New Mexico Superintendent of Insurance through an alias summons. (Doc. 13). The Court, having reviewed the record and being otherwise fully informed, finds the request is well-taken and *Plaintiff's Application for Alias Summons*, (Doc. 13), should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Clerk of Court issue an alias summons on Defendant National Specialty Insurance Company as delineated in *Plaintiff's Application for Alias Summons*, (Doc. 13).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE