**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BENCHMARK ELECTRICAL
SOLUTIONS, INC.,

       Plaintiff,

v.                                                                    No. CV 18-436 MV/CG

NATIONAL SPECIALTY
INSURANCE COMPANY, et al.,

       Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR AN EXTENSION OF TIME

**THIS MATTER** is before the Court on *Plaintiff's Motion for Enlargement of Time*

*for Filing of Joint Status Report* (the "Motion"), (Doc. 24), filed March 6, 2019.

The Court, having read the Motion, noting it is unopposed, and being otherwise

fully informed, finds that the motion is well-taken and there is good cause to extend the

time Plaintiff may file the parties' Joint Status Report.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion is **GRANTED** and it shall

have until **March 8, 2019** to file the parties' Joint Status Report.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE