# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BENCHMARK ELECTRICAL
SOLUTIONS, INC.,
    Plaintiff,

v.                                                        No. CV 18-436 MV/CG

NATIONAL SPECIALTY
INSURANCE COMPANY, et al.,
    Defendants.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 53), filed July 16, 2019. In the PFRD, the Chief Magistrate Judge recommended that Plaintiff Benchmark Electrical Solutions, Inc.'s *Motion for Default Judgment on First Cause of Action Against Defendant DanCar Energy Construction, LLC.*, (Doc. 36), be denied and Defendants' *DanCar Energy Construction LLC and National Specialty Insurance Company's Motion to Vacate Default*, (Doc. 41), be granted. (Doc. 53). The parties were notified that written objections to the PFRD were due within fourteen days. *Id*. at 9. No objections have been filed and the deadline of July 30, 2019, has passed. The recommendations of the Chief Magistrate Judge are therefore adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff Benchmark Electrical Solutions, Inc.'s *Motion for Default Judgment on First Cause of Action Against Defendant DanCar Energy Construction, LLC.*, (Doc. 36), is **DENIED** and Defendants' *DanCar Energy Construction LLC and National Specialty Insurance Company's Motion to Vacate Default*, (Doc. 41), is **GRANTED**.

_____
THE HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE