**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

BENCHMARK ELECTRICAL
SOLUTIONS, INC.,

      Plaintiff,

v.                                                            No. CV 18-436 MV/CG

NATIONAL SPECIALTY
INSURANCE COMPANY, et al.,

      Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion for Enlargement of Discovery and Motion Deadlines* (the "Joint Motion"), (Doc. 61), filed October 11, 2019. In the Joint Motion, the parties explain they are unable to schedule the depositions of necessary non-party fact witnesses before the close of discovery. (Doc. 61 at 1-2). The Court, having read the Joint Motion and noting that a trial is not yet scheduled in this matter, finds good cause exists and the Joint Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1.) Discovery shall be completed by **November 26, 2019**;

2.) Motions related to discovery shall be filed by **December 16, 2019**;

3.) Pretrial Motions, other than discovery motions, shall be filed by **December 30, 2019**;

4.) Plaintiff's Pretrial Order shall be sent to Defendants no later than **February 10, 2020**; and

5.) Defendants' consolidated Pretrial Order shall be submitted to the Court no later than **February 24, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE