**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

BENCHMARK ELECTRICAL
SOLUTIONS, INC.,

      Plaintiff,

v.                                                                                             No. CV 18-436 MV/CG

NATIONAL SPECIALTY
INSURANCE COMPANY, et al.,

      Defendants.

## ORDER GRANTING MOTION TO EXTEND
## DEADLINE TO FILE MOTION TO COMPEL

**THIS MATTER** is before the Court on Plaintiff Benchmark Electrical Solutions, Inc.'s *Motion to Extend Deadline to Seek Order Compelling Discovery* (the "Motion"), (Doc. 63), filed October 22, 2019. In the Motion, Plaintiff explains that the parties have been working to resolve discovery disputes arising from Plaintiff's interrogatory requests and requests for production. (Doc. 63 at 1). As a result, Plaintiff requests a 15-day extension to file a motion to compel discovery, allowing the parties additional time to resolve their discovery disputes without the need for the Court's intervention. *Id.* at 2. The Court, noting the Motion is unopposed, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff may have until **November 6, 2019**, to file a Rule 37 Motion to Compel Discovery with respect to the September 30, 2019, discovery dispute.

**IT IS SO ORDERED**.

                                                                   _____
                                                                THE HONORABLE CARMEN E. GARZA
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE