# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BENCHMARK ELECTRICAL
SOLUTIONS, INC.,

    Plaintiff,

v.                                                   CV No. 18-436 MV/CG

NATIONAL SPECIALTY
INSURANCE COMPANY, et al.,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINE

**THIS MATTER** is before the Court on the parties' *Joint Motion for Enlargement of Discovery and Motion Deadlines* (the "Motion"), (Doc. 70), filed November 22, 2019. In the Motion, the parties explain they have been working diligently to resolve discovery disputes and scheduling conflicts. (Doc. 70 at 1-3). The parties request additional time to complete discovery. *Id.* The Court, noting the Motion is jointly filed, finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that:

1. Discovery shall be terminated by January 17, 2020;

2. Motions relating to discovery shall be filed by January 31, 2020;

3. Pretrial motions shall be filed by February 17, 2020;

4. Plaintiff shall send its Pretrial Order to Defendants by March 31, 2020; and

5. Defendants shall send a consolidated Pretrial Order to the Court no later than April 14, 2020.

                                                                THE HONORABLE CARMEN E. GARZA
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE