# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BENCHMARK ELECTRICAL
SOLUTIONS, INC.,

      Plaintiff,

v.                                                    No. CV 18-436 MV/CG

DANCAR ENERGY
CONSTRUCTION, LLC., et al.,

      Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on Plaintiff's *Motion to Compel*, (Doc. 69), filed November 6, 2019. **IT IS HEREBY ORDERED** that a telephonic Motion Hearing will be held on **December 16, 2019, at 2:30 p.m.**, to hear argument on the Motion to Compel. Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS FURTHER ORDERED** that Plaintiff shall identify in writing the outstanding issues not resolved by the parties no later than **December 10, 2019**. Defendants may file a response by **December 13, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE