IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BENCHMARK ELECTRICAL
SOLUTIONS, INC.,

    Plaintiff,

v.                                                           No. CV 18-436 MV/CG

DANCAR ENERGY
CONSTRUCTION, LLC., et al.,

    Defendants.

## ORDER SETTING MOTION HEARING

**THIS MATTER** is before the Court on Plaintiff's *Motion to Compel Interrogatory Answers and Production by Defendant National Specialty Insurance Company*, (Doc. 82), filed December 16, 2019.

**IT IS HEREBY ORDERED** that a Motion Hearing will be held on **January 15, 2020, at 10:00 a.m.** in the United States Courthouse, 100 North Church Street, Las Cruces, New Mexico, Organ Courtroom.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE