# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BENCHMARK ELECTRICAL SOLUTIONS, INC.,

    Plaintiff,

v.                                                          CV No. 18-436 KWR/CG

DANCAR ENERGY CONSTRUCTION LLC, and
NATIONAL SPECIALTY INSURANCE COMPANY,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO VACATE

**THIS MATTER** is before the Court on Plaintiff's *Motion to Vacate Status Conference* (the "Motion"), (Doc. 95), filed January 23, 2020. In the Motion, Plaintiff requests the Court vacate the status conference set for January 23, 2020, at 2:30p.m. Having reviewed the Motion, and noting it is unopposed, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the status conference set for January 23, 2020, at 2:30p.m. is hereby **VACATED**. The Court shall reset the status conference by separate Order when the parties provide the Court with preferred dates to reschedule. *See* (Doc. 95 at 1) (explaining "Counsel for Plaintiff is soliciting alternate available dates from all counsel and will communicate same to the Court as soon as the responses are received"). Plaintiff's counsel is instructed to email the Court with a list of dates that all parties agree to reschedule the status conference by **Thursday, January 30, 2020**. Counsel may email the preferred dates to garzaschambers@nmd.uscourts.gov.

                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE