# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BENCHMARK ELECTRICAL
SOLUTIONS, INC.,

    Plaintiff,

v.                                                 No. CV 18-436 KWR/CG

DANCAR ENERGY
CONSTRUCTION, LLC, et al.,

    Defendants.

## **ORDER EXTENDING PRETRIAL ORDER DEADLINE**

**THIS MATTER** is before the Court having conferred with counsel at the Court's February 27, 2020, telephonic status conference, and the parties' mediation scheduled to occur on April 1, 2020.

**IT IS HEREBY ORDERED** that Plaintiff shall send its Pretrial Order to Defendants no later than May 1, 2020; and Defendants shall submit their consolidated Pretrial Order to the Court no later than May 15, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE