IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BENCHMARK ELECTRICAL
SOLUTIONS, INC.,

      Plaintiff,

v.                                                                                 No. CV 18-436 KWR/CG

DANCAR ENERGY
CONSTRUCTION, LLC, et al.,

      Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE AND EXTENDING PRETRIAL ORDER DEADLINE

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Pretrial Order Deadlines and Date of Zoom Settlement Conference* (the "Motion"), (Doc. 110), filed May 5, 2020. In the Motion, the parties explain they have a global mediation scheduled to occur on June 15, 2020, to resolve all claims in the present case. (Doc. 110 at 1). As such, the parties request the Court vacate the June 11, 2020, settlement conference, and extend the pretrial order deadlines. *Id.* at 2.

**IT IS THEREFORE ORDERED** that Plaintiff shall send its Pretrial Order to Defendants no later than June 26, 2020; and Defendants shall submit their consolidated Pretrial Order to the Court no later than July 11, 2020.

**IT IS FURTHER ORDERED** that the June 11, 2020, Settlement Conference and the June 3, 2020, telephonic status conference, are hereby **VACATED**. The parties are instructed to submit a Joint Status Report by **June 24, 2020**, explaining the outcome of the global mediation and if a further settlement conference is necessary to a facilitate

final resolution of this case. If the parties request mediation, the Court instructs the parties to include proposed dates for rescheduling the settlement conference.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE