IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BENCHMARK ELECTRICAL
SOLUTIONS, INC.,

      Plaintiff,

v.                                                                                                  No. CV 18-436 KWR/CG

DANCAR ENERGY
CONSTRUCTION, LLC, et al.,

      Defendants.

## ORDER EXTENDING PRETRIAL ORDER DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Pretrial Order Deadlines* (the "Motion"), (Doc. 112), filed June 22, 2020. In the Motion, the parties explain the global mediation scheduled to occur on June 15, 2020, has been postponed until July 24, 2020. (Doc. 112 at 1). As such, the parties request the Court extend the pretrial order deadlines until after the global mediation. *Id.* at 2.

**IT IS THEREFORE ORDERED** that Plaintiff shall send its Pretrial Order to Defendants no later than September 1, 2020; and Defendants shall submit their consolidated Pretrial Order to the Court no later than September 15, 2020.

**IT IS FURTHER ORDERED** that the parties shall submit a Joint Status Report by **August 31, 2020**, explaining the outcome of the global mediation and if a further settlement conference is necessary to a facilitate final resolution of this case.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE