**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

BENCHMARK ELECTRICAL
SOLUTIONS, INC.,

       Plaintiff,

v.                               No. CV 18-436 KWR/CG

DANCAR ENERGY
CONSTRUCTION, LLC, et al.,

       Defendants.

**<u>ORDER EXTENDING PRETRIAL ORDER DEADLINES</u>**

      **THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Pretrial Order Deadlines* (the "Motion"), (Doc. 115), filed August 25, 2020. In the Motion, the parties explain the global mediation scheduled to occur on July 24, 2020, has been postponed until October 9, 2020. (Doc. 115 at 1). As such, the parties request the Court extend the pretrial order deadlines until after the global mediation. *Id.* at 2.

      **IT IS THEREFORE ORDERED** that Plaintiff shall send its Pretrial Order to Defendants no later than October 31, 2020; and Defendants shall submit their consolidated Pretrial Order to the Court no later than November 16, 2020.

      **IT IS FURTHER ORDERED** that the parties shall submit a Joint Status Report by **October 30, 2020**, explaining the outcome of the global mediation and if a further settlement conference is necessary to a facilitate final resolution of this case.

      **IT IS SO ORDERED**.

                                      _____
                                      THE HONORABLE CARMEN E. GARZA
                                      CHIEF UNITED STATES MAGISTRATE JUDGE