IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BENCHMARK ELECTRICAL
SOLUTIONS, INC.,

      Plaintiff,

v.                                                            CV No. 18-436 KWR/CG

DANCAR ENERGY
CONSTRUCTION, LLC, et al.,

      Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Motion for Extension of Time to File Closing Documents* (the "Motion"), (Doc. 119), filed November 30, 2020. In the Motion, the parties request an extension to January 31, 2021, to submit closing documents. *Id.* at 2. The parties indicate that they have reached a binding agreement to settle all of the claims currently pending in this case, and are waiting on a "required refinancing transaction" to close in order to finalize settlement payments, which they expect to be able to do in either December 2020, or January 2021. *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **January 31, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE