IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BENCHMARK ELECTRICAL SOLUTIONS, INC.,
a Colorado corporation,

        Plaintiff,

v.                              No. 2:18-cv-00436-KWR-CG

DANCAR ENERGY CONSTRUCTION LLC,
a Texas limited liability company; and
NATIONAL SPECIALTY INSURANCE COMPANY,
a Texas corporation,

        Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court on the parties' Joint Motion to Dismiss with Prejudice. The Court having reviewed the Motion and being otherwise fully advised in the premises **HEREBY FINDS** that the motion is **WELL-TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED** that this cause be and is hereby **DISMISSED WITH PREJUDICE.** Each party shall bear their own costs and attorney's fees incurred in this matter.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

Approved:

GRAMMER LAW OFFICES, P.C.

By: _/s/ David A. Grammer IIII_____
      David A. Grammer III
2730 San Pedro Drive NE, Suite D
Albuquerque, NM 87110
Tel: (505) 883-9880
david@grammerlawoffices.com

**ATTORNEY FOR PLAINTIFF**

Approved:

PARK & ASSOCIATES, LLC

By:   *Approved via email 12-16-2020*
           Lawrence Marcus
3840 Masthead St. NE
Albuquerque, NM 87109
Tel. (505) 246-2805
Email:  lmarcus@parklawnm.com
**ATTORNEYS FOR DEFENDANT**
**DANCAR ENERGY CONSTRUCTION LLC**

CLARK HILL STRASBURGER

By:  *Approved via email 12-8-2020*
          Toni Scott Reed (Admitted Pro Hac Vice)
901 Main Street, Suite 6000
Dallas, TX  75202
Tel. (214) 651-4345
toni.reed@clarkhillstrasburger.com
**ATTORNEYS FOR DEFENDANT**
**NATIONAL SPECIALTY   INSURANCE COMPANY**